UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:16-cr-00518 |
| | : | |
| STEVEN RONALD RANDALL | : | |

_____

**O R D E R**

**AND NOW**, this 18th day of August, 2022, upon consideration of Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A), ECF No. 43, the Government's Response thereto, ECF No. 45, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

Plaintiff's Motion, ECF No. 43, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge