UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN RONALD RANDALL,<br>Petitioner, | :<br>:<br>: | |
| v. | :<br>: | No. 5:16-cr-00518<br>No. 5:23-cv-02980 |
| UNITED STATES OF AMERICA,<br>Respondent. | :<br>: | |

# O R D E R

**AND NOW**, this 29th day of May, 2024, upon consideration of Petitioner Steven Ronald Randall's motion to vacate his sentence pursuant to 28 U.S.C. § 2255, ECF No. 57, and for the reasons set for in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motion, ECF No. 57, is **DISMISSED.**

2. A certificate of appealability shall not issue.

3. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge